■ THE PEOPLE OF STATE OF NEW YORK, Respondent, v ROBERT CORNELL, Appellant. [669 NYS2d 825] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 14, 1992 (*People v Cornell,* 188 AD2d 541), affirming a judgment of the County Court, Westchester County, rendered April 25, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Ritter and Thompson, JJ., concur.